# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morrison, Sarah D. | United States District Court, Southern District of Ohio | 07/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

U.S District Court
85 Marconi Blvd
Columbas, OH 43215

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Administrator and Chief Executive Officer | Ohio Bureau of Workers' Compensation |
| 2. | Senior Policy Advisor | Ohio Bureau of Workers' Compensation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 7/1991 | Ohio Public Employees Retirement Plan (defined benefit pension plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 07/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Ohio (salary) | $59,163.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. KEY BANK (cash) | A | Interest | K | T | | | | | |
| 3. USAA BANK (cash) | A | Interest | K | T | | | | | |
| 4. WESTERN SOUTHERN WHOLE LIFE INSURANCE | A | Dividend | J | T | | | | | |
| 5. NORTHWESTERN MUTUAL WHOLE LIFE INSURANCE #1 | A | Dividend | J | T | | | | | |
| 6. NORTHWESTERN MUTUAL WHOLE LIFE INSURANCE #2 | A | Dividend | J | T | | | | | |
| 7. RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 8. OHIO DC LIFEPATH 2035 | A | Int./Div. | K | T | | | | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. NWMUTUAL DOMESTIC EQUITY | | None | J | T | | | | | |
| 11. NWMUTUAL INDEX 500 STOCK | | None | L | T | | | | | |
| 12. NWMUTUAL FIDELITY VIP CONTRAFUND | | None | L | T | | | | | |
| 13. NWMUTUAL INDEX 400 STOCK | | None | K | T | | | | | |
| 14. NWMUTUAL SMALL CAP GROWTH STOCK | | None | K | T | | | | | |
| 15. NWMUTUAL RESEARCH INTERNATIONAL CORE | | None | K | T | | | | | |
| 16. NWMUTUAL INTERNATIONAL EQUITY | | None | K | T | | | | | |
| 17. NWMUTUAL INTERNATIONAL GROWTH | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   NWMUTUAL EMERGING MARKETS EQUITY | | None | K | T | | | | | |
| 19.   NWMUTUAL SELECT BOND | | None | K | T | | | | | |
| 20.   NWMUTUAL STRATEGIC BOND | | None | J | T | | | | | |
| 21.   NWMUTUAL INFLATION PROTECTION | | None | J | T | | | | | |
| 22.   NWMUTUAL MULTI SECTOR BOND | | None | K | T | | | | | |
| 23.   NWMUTUAL HIGH YIELD BOND | | None | J | T | | | | | |
| 24.   NWMUTUAL GLOBAL REAL ESTATE | | None | K | T | | | | | |
| 25.   NWMUTUAL SUISSE COMMODITY STRATEGY | | None | K | T | | | | | |
| 26.   IRA #2 (H) | | | | | | | | | |
| 27.   GENERAL MNY MKT FUND (Y) | | | | | | | | | |
| 28.   NWM FDIC DEPOSIT (cash) (X) | A | Interest | J | T | | | | | |
| 29.   INVESCO BALANCED-RISK COMMODITY STRATEGY FD CL Y (BRCYX) | A | Dividend | K | T | | | | | |
| 30.   AMER. CENTURY DIVERSIFIED (Y) | | | | | | | | | |
| 31.   AMERICAN CENTURY SHORT DUR INFLATION PROTECTION BD FD INV CL (APOIX) | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 32.   BARON ASSET FD INSTITUTIONAL CL (BARIX) (X) | A | Dividend | K | T | | | | | |
| 33.   DODGE & COX INCOME FD (DIDIX) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morrison, Sarah D. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. EURPACIFIC GROWTH FD CL F-2 (DODIX) | B | Dividend | L | T | | | | | |
| 35. FIDELITY ADVISOR MID CAP II FD CL I (FIIMX) (Y) | | | | | | | | | |
| 36. FIDELITY ADVISOR NEW INSIGHTS FUND CLASS I (FINSX) | D | Dividend | M | T | Sold (part) | 10/07/19 | J | B | |
| 37. GOLDMAN SACHS INTERNATIONAL SMALL CAP INSIGHTS FUNC CL I (GICIX) | A | Dividend | K | T | | | | | |
| 38. GOLDMAN SACHS ABSOLUTE RETURN TRACKER FD INST'L CL (GJRTX) | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 39. THE OAKMARK INTERNATIONAL FD INVESTOR CLASS (OAKIX) | B | Dividend | L | T | | | | | |
| 40. JOHN HANCOCK DISCIPLINED VALUE MID CAP FD CL I ( JVMIX) | A | Dividend | K | T | | | | | |
| 41. MFS VALUE FUND CL I (MEIIX) | C | Dividend | M | T | Sold (part) | 10/07/19 | J | A | |
| 42. NEW WORLD FUND CLASS F-2 (NFFFX) | B | Dividend | K | T | | | | | |
| 43. NORTHERN SMALL CAP VALUE FUND (NOSGX) | B | Dividend | K | T | | | | | |
| 44. PIMCO INCOME FD CL 1-2 (PONPX) | B | Dividend | J | T | Sold (part) | 10/07/19 | K | | |
| 45. PRINCIPAL REAL ESTATE SECURITIES FD CL 1 (PIREX) (X) | A | Dividend | K | T | | | | | |
| 46. PRINCIPAL GLOBAL MUTI STRATEGY FD CL I (PSMIX) | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 47. T ROWE PRICE EMERGING MARKETS STOCK (PRMSX) | A | Dividend | K | T | | | | | |
| 48. T ROWE PRICE REAL ESTATE (TRREX) (Y) | | | | | | | | | |
| 49. TIAA-CREF BOND FD ADVISOR CL (TIBHX) | B | Dividend | K | T | Sold (part) | 08/20/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morrison, Sarah D. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 51. GENERAL MNY MKT FUND (Y) | | | | | | | | | |
| 52. INVESCO BALANCED-RISK COMMODITY STRATEGY FD CL Y (BRCYX) | A | Dividend | J | T | | | | | |
| 53. BARON ASSET FD INSTITUTIONAL CL (BARIX) (X) | A | Dividend | J | T | | | | | |
| 54. DODGE & COX INTERNATIONAL FD (DODFX) | B | Dividend | K | T | | | | | |
| 55. EURPACIFIC GROWTH FD CL F-2 (AEPFX) | A | Dividend | K | T | | | | | |
| 56. FIDELITY ADVISOR MID CAP II FD CL I (FIMX) (Y) | | | | | | | | | |
| 57. FIDELITY ADVISOR NEW INSIGHTS FD CL I (FINSX) | C | Dividend | L | T | | | | | |
| 58. FIDELITY ADVISOR INTERMEDIATE MUNI INCOME FD CL I (FZIIX) | A | Dividend | K | T | | | | | |
| 59. FRANKLIN FEDERAL INTERMEDIATE-TERM INC FD ADVISORS CL (FITZX) | A | Dividend | K | T | | | | | |
| 60. JOHN HANCOCK DISCIPLINED VALUE MID CAP FD CL I ( JVMIX) | A | Dividend | J | T | | | | | |
| 61. MFS VALUE FUND CL I (MEIIX) | B | Dividend | K | T | | | | | |
| 62. NEW WORLD FUND CLASS F-2 (NFFFX) | A | Dividend | J | T | | | | | |
| 63. NORTHERN SMALL CAP VALUE FUND (NOSGX) | A | Dividend | J | T | | | | | |
| 64. PRINCIPAL REAL ESTATE SECURITIES FD CL 1 (PIREX) (X) | A | Dividend | J | T | | | | | |
| 65. T ROWE PRICE EMERGING MARKETS STOCK (PRMSX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. T ROWE PRICE REAL ESTATE (TRREX) (Y) | | | | | | | | | |
| 67. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 68. GENERAL MNY MKT FUND (Y) | | | | | | | | | |
| 69. NWM FDIC DEPOSIT (cash) (X) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 07/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, lines 1 and 2: Concluded prior to taking the bench.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 07/14/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 07/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Sarah D. Morrison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544